PS 42
(Rev 07/93)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 MAY 19 PM 2:06

OFFICE OF THE CLERK

# United States District Court

District of Nebraska

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs | ) |
| Arlen Kumke | ) |
| | ) Case No. 8:06CR24 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Arlen Kumke, have discussed with Jennifer A. Iverson, Pretrial Services Officer, modification of my release as follows:

7(k) Reside at Byer's Flats located at 101 South Hastings, Hastings, NE, 68901, at all times. In the event that the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the Court to review the conditions of release.

7(p) Participate in a program of Aftercare Substance Abuse Treatment at Byer's Flats as directed by the pretrial services office.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 5-8-06    _____ 5/7/06
Signature of Defendant    Date        Pretrial Services Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    5/11/06
Signature of Defense Counsel    Date

[✓]   The above modification of conditions of release is ordered, to be effective on 5/15/06

[ ]   The above modification of conditions of release is not ordered.

_____    May 19, 2006
Signature of Judicial Officer    Date

Copy to PTS.